IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 6 2021

CLERK, U.S. DISTRICT COURT
By_____
                Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CR-136-Z-BR-(19) |
| | § | |
| ANTHONY LEWIS WALKER | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On June 14, 2021, the United States Magistrate Judge issued a Report and Recommendation

Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant

Anthony Lewis Walker filed no objections to the Report and Recommendation within the fourteen-

day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters

of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea

Agreement, and Plea Agreement Supplement—and thereby determined that the Report and

Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the

United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant

Anthony Lewis Walker was knowingly and voluntarily entered; ACCEPTS the guilty plea of

Defendant Anthony Lewis Walker; and ADJUDGES Defendant Anthony Lewis Walker guilty of

Count Eighteen of the Superseding Indictment in violation of 21 U.S.C. §§ 841(a)(1) and

841(b)(1)(C). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, July _6_, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE